IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-07-093-2 |
| | § | CIVIL ACTION NO. H-13-0148 |
| | § | |
| JUAN SANCHEZ, | § | |
| | § | |
| Defendant. | § | |

**ORDER TO RESPOND**

The defendant has moved under 28 USC § 2255 to vacate his sentence. The United States must answer the motion by **March 29, 2013.**

SIGNED on January 22, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge